[Crim. No. 1837.   First Appellate District, Division One.—February 5, 1935.]

In the Matter of the Application of DANIEL MORALES for a Writ of Habeas Corpus.

Philip M. Zwerin for Petitioner.

Leo A. Cunningham for Respondent.

THE COURT.— It appearing that there is no testimony of any kind or character to support the charge upon which the petitioner in the above-entitled matter is being held in custody, and none from which a reasonable inference of guilt can be drawn, and the district attorney of the city and county of San Francisco not having opposed the granting of the petition herein, it is ordered that the petitioner be and he is hereby discharged.